UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARRY LEVINE, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN MENSA, LTD. and JOHN DOES 1-5, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:19-cv-04023-JPB |

## ORDER

This matter came before the Court on Plaintiff Barry Levine's ("Levine") Motion to Reopen Case and for Reconsideration of Request to Transfer Case ("Motion") (ECF No. 43). This action was previously dismissed on August 20, 2020, for lack of personal jurisdiction over Defendant American Mensa, Ltd. In the same Order, the Court also denied Levine's request to transfer the case to Texas because he did not provide any argument or citation of authority in support of his request.

In the instant Motion, Levine "moves the Court to reopen this case and to reconsider [his] request to transfer [the] action to the United States District Court for the Northern District of Texas." However, on October 12, 2020, Levine informed the Court that he had refiled the action in that same court, and the matter

is pending there. Levine nevertheless requested that the Court still consider his Motion and transfer the case so "it may be consolidated with the newly filed action."

In light of Levine's refiling of the matter in Texas, the Court **DENIES** his Motion (ECF No. 43) as moot. The Court sees no purpose in reopening a dismissed case to consider a motion to transfer where the plaintiff has already refiled the case in the jurisdiction to which transfer is requested.

**SO ORDERED** this 11th day of January, 2021.

_____
J. P. BOULEE
United States District Judge